# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1392
L.T. Case No. 2003-CF-000918

_____

DAVID L. FARIES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D Fritton, Judge.

David L. Faries, East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

July 23, 2024

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____